IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Criminal No. 06-30011 |
| v. | ) Violation: 18 U.S.C. §500 |
| | ) |
| MALINDA A. PRYOR, | ) |
| | ) |
| Defendant. | ) |

FILED
FEB 03 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### INDICTMENT

THE GRAND JURY CHARGES:

**Fraudulent Issuance of Postal Money Orders**
**18 U.S.C. §500**

1. Beginning in or about August 2003 and continuing until in or about August 2004, in Adams County, within the Central District of Illinois, the defendant, MALINDA A. PRYOR, was the relief postmaster at the U.S. Post Office in Payson, Illinois.

2. As relief postmaster, Pryor worked when the regular postmaster was not at the Post Office, typically Saturdays or when the postmaster was on leave or outside of the Post Office for business purposes. While working as the relief postmaster at the Payson Post Office, Pryor had sole access to a set of postal money orders assigned to her. Pryor's duties included selling, issuing and collecting the moneys for these postal money orders. After a money order was issued and sold, Pryor was required to send a record of such sale to the Post Office in St. Louis, Missouri.

3. Between approximately August 2003 and August 2004, Pryor, for the purpose of fraudulently obtaining and receiving money for herself from the United States Postal Service and

for the purpose of fraudulently enabling other persons to obtain and receive money from the United States Postal Service, knowingly issued 103 postal money orders without receiving payment from anyone for them.  Pryor also failed to send a record of such sales to the Post Office in St. Louis, Missouri. Pryor used the all of the money orders for her own benefit, in that she made 43 of the money orders payable to herself and made the remaining money orders payable to her relatives, a former relative or to persons or businesses to whom either she owed money or to whom her relatives or a friend owed money.

    4.    These 103 money orders were worth a total of $37,026.71.

All in violation of Title 18 U.S.C. §500.

                                A TRUE BILL

                                s/foreperson
                                Foreperson

s/Greg Harris
RODGER A. HEATON
UNITED STATES ATTORNEY