AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

vs.

**MALINDA A. PRYOR**
1316 Jackson Street
Quincy, Illinois

Case Number:   06-30011-001



FILED
FEB 15 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
600 E. Monroe, Courtroom 3, Springfield, Illinois
on
**Wednesday, February 22, 2006 at 10:30 a.m.**
before the
HONORABLE **UNITED STATES MAGISTRATE JUDGE BYRON CUDMORE**

To answer a(n) **Indictment** charging you with a violation of Title **18**, United States Code, Section(s) **500**.

Brief description of offense:

Fraudulent Issuance of Postal Money Orders

DATE:  **February 6, 2006**

s/ John M. Waters

JOHN M. WATERS, CLERK

s/Marleen Cooke
BY:  DEPUTY CLERK

RECEIVED 2006 FEB -6 P 2:38
US MARSHALS SERVICE
CENTRAL ILLINOIS

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date)  2-10-06 |
| Check one box below to indicate the appropriate method of service |

[X] Served personally upon the defendant at: 1316 Jackson St

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
    Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on:  02-10-06      Steven Deatherage
       Date                 Name of United States Marshal

                            Daryl Hollenback
                            (by) Deputy United States Marshal

Remarks: