UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-30011 |
| MALINDA PRYOR, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO SET FOR CHANGE OF PLEA**

NOW COMES the Defendant, MALINDA PRYOR, by her attorney, Assistant Federal Defender Douglas J. Beevers, and moves this Honorable Court to set this matter for change of plea. In support of this motion, Defendant states as follows:

1. Defendant has met with counsel and is ready to plead guilty;

2. Defendant intends to change her plea to guilty by an open plea;

3. Defendant has currently been released on bond;

4. Defendant consents to U.S. Magistrate Judge jurisdiction for the change of plea hearing;

WHEREFORE, the Defendant, MALINDA PRYOR, respectfully requests that this Honorable Court set this case for a change of plea hearing as convenient to the court.

Respectfully submitted,

Richard H. Parsons
Chief Federal Public Defender

BY:    s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois 62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

**PROOF OF SERVICE**

      I hereby certify that on April 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Pat Chesley  
Office of the United States Attorney  
318 S. Sixth Street  
Springfield, IL 62701

                                        By:   s/ Douglas J. Beevers  
                                             Douglas J. Beevers  
                                             Assistant Federal Defender  
                                             600 East Adams Street, 2nd Floor  
                                             Springfield, Illinois  62701  
                                             Telephone: (217) 492-5070  
                                             Fax: (217) 492-5077  
                                             E-mail: douglas_beevers@fd.org