UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-30011 |
| ) | |
| MALINDA PRYOR, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

NOW COMES the Defendant, MALINDA PRYOR, by her attorney, Assistant Federal Defender Douglas J. Beevers, and moves this Honorable Court to modify the conditions of her release. In support of this motion, Defendant states as follows:

1. Defendant requests permissions to travel to Keokuk, Iowa, for a temporary work assignment for several weeks prior to her September 18, 2006, sentencing date. She would continue to reside in Quincy, Illinois;

2. As grounds for the motion, Ms. Pryor's employer has a need for her to work in the Keokuk, Iowa, store;

3. AUSA Patrick Chesley has no objection to this motion.

WHEREFORE, the Defendant, MALINDA PRYOR, respectfully requests that this Honorable Court modify the conditions of her release.

        Respectfully submitted,

        Richard H. Parsons
        Chief Federal Public Defender

BY:    s/ Douglas J. Beevers
        Douglas J. Beevers
        Assistant Federal Defender
        600 East Adams Street, 2nd Floor
        Springfield, Illinois 62701
        Telephone: (217) 492-5070
        Fax: (217) 492-5077
        E-mail: douglas_beevers@fd.org

## PROOF OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Pat Chesley
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

        By:   s/ Douglas J. Beevers
        Douglas J. Beevers
        Assistant Federal Defender
        600 East Adams Street, 2nd Floor
        Springfield, Illinois 62701
        Telephone: (217) 492-5070
        Fax: (217) 492-5077
        E-mail: douglas_beevers@fd.org