CD/IL PROB 12B
(Rev. 3/99)

# United States District Court

### for

### CENTRAL DISTRICT OF ILLINOIS

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

**NAME/ADDRESS OF OFFENDER:**   Malinda A. Pryor   **CASE NUMBER:** 06-30011-001
1316 Jackson
Quincy, Illinois 62301

**SENTENCING JUDICIAL OFFICER:**   Jeanne E. Scott
U.S. District Judge

**DATE OF ORIGINAL SENTENCE:**   September 18, 2006

**ORIGINAL OFFENSE:**   Fraudulent Issuance of Postal Money Orders

**ORIGINAL SENTENCE:**   1 month imprisonment, 3 years supervised release with the following special conditions: 1) Serve 9 months in home confinement, to start as soon as possible after supervision begins. Shall sign rules of home confinement/electronic monitoring and comply with conditions of home confinement. Remain at place of residence except for employment and other activities approved in advance by probation officer. Shall wear EM device and pay cost of this program as directed; 2) Shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon; 3) Shall not incur any new debts or open any additional lines of credit or transfer or liquidate any assets without prior approval of the probation officer; 4) Shall provide access to any requested financial information including both business and personal income tax returns; 5) Shall participate in a program of job training or employment counseling as directed; and 6) If unemployed after first 60 days of supervision or if unemployed for 60 days after termination or lay-off from employment, shall perform at least 20 hours of community service work per week at the direction of and in the discretion of the U.S. Probation Office until gainfully employed.

**TYPE OF SUPERVISION:**   Supervised Release

**DATE SUPERVISION COMMENCED:**   February 2, 2007

## PETITIONING THE COURT

[]    To extend the term of supervision for  years, for a total term of  years.
[X]    To modify the conditions of supervision as follows:

Re: PRYOR, Malinda A.                                                        2

### CAUSE

Delete the mandatory drug testing condition as the defendant poses a low risk of future substance abuse.  The defendant reported in paragraph 42 of the Presentence Report that she has never used any illegal substances.  There is also no known information that would indicate the defendant would be a risk of using any illegal drugs.  It is requested that the mandatory drug testing condition, therefore, be deleted.


                                   Respectfully submitted,



                                   s/Mark A. Estock
                                   U.S. Probation Officer
                                   Date: February 8, 2007

MAE/mae/abc


THE COURT ORDERS:

[   ] No Action
[   ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[   ] Other




                    _____s/ Jeanne E. Scott_____
                         JEANNE E. SCOTT
                    UNITED STATES DISTRICT JUDGE

                      Date:  February 8, 2007