AO 83 (Rev. 12/85) Summons in a Criminal Case



E-FILED
Friday, 16 November, 2007  09:26:00 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
NOV 14 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

vs.                                                          Case Number:   06-30011

MALINDA A. PRYOR
1316 Jackson
Quincy, IL 62301

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
U.S. District Court, Courtroom 3, 600 E. Monroe, Springfield, Illinois
on
**Wednesday, November 14, 2007 at 3:00 p.m.**
before the
HONORABLE **U.S. Magistrate Judge Byron G. Cudmore**

To answer a(n) **Petition for Offender under Supervision** charging you with a violation of Title 18, United States Code, Section(s) **3606**.

Brief description of offense:

Violation of Conditions of Supervised Release

DATE:  **October 22, 2007**                         s/ John M. Waters

                                                    JOHN M. WATERS, CLERK

                                                    _s/ M. Eddings_____
                                                    BY:  DEPUTY CLERK

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date) |
| Check one box below to indicate the appropriate method of service |
| [X] Served personally upon the defendant at: 1316 Jackson Quincy Il |
| [ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.<br>Name of person with whom the summons was left: _____ |
| [ ] Returned unexecuted: _____ |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.<br><br>Returned on: 11-8-07           Steffen DeaTherage<br>       Date                Name of United States Marshal<br><br>                             Langley<br>                    (by) Deputy United States Marshal<br><br>Remarks: Delivered 11-8-07 @T 12:30 P.M. |